

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 19, 2025

**VIA ECF AND EMAIL**

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

      Re:      ***United States v. Vernal Walker*, No. 18 Cr. 733 (VB)**

Dear Judge Briccetti:

The Government respectfully writes, after conferring with Stephen Lewis, Esq., counsel for the defendant, and with Probation, to provide a status update in the VOSR proceeding in this case. The Government understands that the next court dates in the defendant's three pending state criminal cases are variously scheduled for March 24, April 2, and April 10. Accordingly, the parties respectfully request that the status conference in this VOSR proceeding currently scheduled for March 26, 2025 be adjourned to a date roughly 60 days later, during the week of May 19, so as to permit the defendant's state cases to make more progress.

      Respectfully submitted,

      MATTHEW PODOLSKY
      Acting United States Attorney

    by: __/s/_____
      Justin L. Brooke
      Assistant United States Attorney
      (914) 993-1918

CC:    Stephen Lewis, Esq. (via email)
       Jana Nieman, U.S. Probation Officer (via email)