**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/25

50 Main Street, Suite 1100
White Plains, New York 10606

March 19, 2025

**VIA ECF AND EMAIL**

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re:   *United States v. Vernal Walker*, No. 18 Cr. 733 (VB)

Dear Judge Briccetti:

The Government respectfully writes, after conferring with Stephen Lewis, Esq., counsel for the defendant, and with Probation, to provide a status update in the VOSR proceeding in this case. The Government understands that the next court dates in the defendant's three pending state criminal cases are variously scheduled for March 24, April 2, and April 10. Accordingly, the parties respectfully request that the status conference in this VOSR proceeding currently scheduled for March 26, 2025 be adjourned to a date roughly 60 days later, during the week of May 19, so as to permit the defendant's state cases to make more progress.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

by: ___/s/_____
Justin L. Brooke
Assistant United States Attorney
(914) 993-1918

CC:   Stephen Lewis, Esq. (via email)
      Jana Nieman, U.S. Probation Officer (via email)

---

APPLICATION GRANTED
SO ORDERED:

/s/ Vincent L. Briccetti
Vincent L. Briccetti, U.S.D.J.
Dated: 3/19/25
White Plains, NY

The conference scheduled for 3/26/25 is adjourned to 5/22/25 at 9:30 a.m.