UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

_____*U.S.*_____,
        Plaintiff(s),

v.

_____V. Walker_____,
        Defendant(s).
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/25

**CALENDAR NOTICE**

18 Cr 733 (VB)

PLEASE TAKE NOTICE that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference (V.O.S.R.)    ___ Final pretrial conference

___ Telephone conference         ___ Jury selection and trial

___ Pre-motion conference        ___ Bench trial

___ Settlement conference        ___ Suppression hearing

___ Oral argument                ___ Plea hearing

___ Bench ruling on motion       ___ Sentencing

on __7-22-__, 20_25_, at _12:30 pm_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from _7-22-25 at 9:30 a.m._

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __7-15-__, 20_25_
White Plains, NY

SO ORDERED:

_(signature)_
Vincent L. Briccetti
United States District Judge