**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

50 Main Street, Suite 1100
White Plains, New York 10606

July 17, 2025



VIA ECF AND EMAIL

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

Re:   *United States v. Vernal Walker*, No. 18 Cr. 733 (VB)

Dear Judge Briccetti:

The Government respectfully writes, after conferring with Stephen Lewis, Esq., counsel for the defendant, and with Probation, to provide a status update in the VOSR proceeding in this case. The Government understands that each of the defendant's three state court cases remain pending, with court dates variously in August and September. These cases remain unresolved, and the Government understands that discussions regarding resolutions are ongoing, with the potential for updates at these next conferences. Accordingly, the parties respectfully request that the status conference in this VOSR proceeding currently scheduled for July 22, 2025 be adjourned to a date roughly 90 days later, in October at the Court's convenience, so as to permit the defendant's state cases to make more progress.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:  /s/
Justin L. Brooke
Assistant United States Attorney
(914) 993-1918



APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 7/17/25
White Plains, NY

Conference adjourned to 10/23/2025 at 11:30 a.m.

CC:   Stephen Lewis, Esq. (via email)
      Jana Nieman, U.S. Probation Officer (via email)
      Claire Francisco, U.S. Probation Officer (via email)