**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 8, 2026

**VIA ECF AND EMAIL**

Honorable Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

**Re: *United States v. Vernal Walker*, No. 18 Cr. 733 (VB)**

Dear Judge Briccetti:

The Government respectfully writes, after conferring with Stephen Lewis, Esq., counsel for the defendant, to provide a status update in the VOSR proceeding in this case in advance of the status conference set for this Thursday, June 11, 2026. Defense counsel has represented to the Government that the defendant is prepared to admit to Specifications 1 and 2, in exchange for the Government's anticipated motion to dismiss the remaining specifications, Specifications 3 through 9, following sentencing.

In addition, subject to the Court's preference and availability, the parties are prepared to proceed directly to sentencing this Thursday, following defendant's admission.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/
Daniel Listwa
Assistant United States Attorney
(914) 993-1933

CC: Stephen Lewis, Esq. (via ECF and email)
Kevin Mulcahy, U.S. Probation Officer (via email)
Claire Francisco, U.S. Probation Officer (via email)